```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CELIA BARTL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 4:22-cv-214-PJH<br><br>**STIPULATION TO REVISED BRIEFING SCHEDULE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT AND ORDER**<br><br>Hon. Phyllis J. Hamilton |

Subject to the Court's approval, Plaintiff and Defendant, through their undersigned counsel, hereby stipulate and respectfully request the Court to grant the parties' revision to the current briefing schedule, ECF No. 18, as follows:

1. Defendant will file their response, to include a Motion to Dismiss, by May 2, 2022.
2. Plaintiff will file her Opposition to the Motion to Dismiss, by May 23, 2022.
3. Defendant will file their Reply in support of the Motion to Dismiss, if any, by June 3, 2022 (no change).

Dated: April 28, 2022                                  Respectfully submitted,[1]

STEPHANIE M. HINDS
United States Attorney

---

[1] In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
No. 4:22-cv-214-PJH

        *s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

Attorneys for Defendant

Dated: April 28, 2022

        *s/ Kevin J. Cole*
KEVIN J. COLE
KJC Law Group, PC

MICHAEL MORRISON
ERIN LIM
Alexander Morrison + Fehr LLP

Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. Defendant will file their Motion to Dismiss by May 2, 2022. Plaintiff is to file her Opposition to the Motion to Dismiss by May 23, 2022. Defendant will file their Reply in support of the Motion to Dismiss, if any, by June 3, 2022.

Date: 4/29/2022

_____
PHYLLIS J. HAMILTON
United States Senior District Court Judge

Stipulation
No. 4:22-cv-214-PJH