1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CELIA BARTL, as an individual, on behalf of herself, all others similarly situated, and the general public,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 4:22-cv-00214-PJH<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL BY STIPULATION**<br><br>Judge: Hon. Phyllis J. Hamilton Ctrm: Oakland, Courtroom 3, 3rd Floor<br><br>Complaint Filed: January 12, 2022<br>Trial Date: None Set |

# ORDER

Before the Court is a Stipulation between Plaintiff Celia Bartl and Defendant United States of America (the "Parties") to dismiss this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear their own fees and costs.

Having considered the Stipulation and finding good cause, the Court hereby dismisses without prejudice this action in its entirety.

**IT IS SO ORDERED**.

Dated: 5/23/2022

Hon. Phyllis J. Hamilton
United States District Judge